# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| LUNDRIM VELIU, *et al.*,<br>*Plaintiffs,*<br>v.<br>NICOLE VARNES, *et al.*<br>*Defendants.* | HON. BRIAN R MARTINOTTI<br>Civil Action No. 2:26-cv-06487-BRM<br>**NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs hereby voluntarily dismiss this action without prejudice. Defendant has neither answered nor filed a motion for summary judgment.

Dated: September 25, 2026

Respectfully submitted,

*s/ Arif Gozel*
Arif Gozel, Esq.
NJ Bar # 441312023
Gozel Law Firm PC
1066 Clifton Ave, Ste. 201
Clifton, NJ 07013
Telephone: 202-922-6565
agozel@gozellaw.com

*Counsel for Plaintiffs*

SO ORDERED: [signature]

DATED: 9/28/2026